IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| EDWARD FLEMING, an individual. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID BROWN a/k/a DAVID BROWN ) <br> LEVY a/k/a DAVID RAYMOND BROWN, ) <br> an individual; SCREENFUND LLC, a Delaware ) <br> limited liability company; and THE SCREEN ) <br> COMPANY, INC., a Delaware corporation. ) <br> ) <br> Defendants. ) | Case No. 25-cv-00742-NYW |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Edward Fleming ("Plaintiff"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of voluntary dismissal, without prejudice, of his complaint against Defendants.

Although Defendant Brown agreed in writing that he would stipulate to jurisdiction in Colorado, and his counsel represented that they would not challenge jurisdiction, a more recent communication from Defendants' counsel suggests that Defendants now intend to challenge the jurisdiction of this Court.  While Plaintiff is firm in his belief that the Court does, in fact, have both personal and subject matter jurisdiction, Plaintiff wishes to avoid any unnecessary delays or expense that could arise from resolving jurisdictional arguments. Accordingly, Plaintiff will file the action in the Central District of California, where there is no dispute about jurisdiction.

1

Dated this 12th day of March, 2025.

        Respectfully submitted,

        **CYLG, P.C.**

        *s/ Christopher A. Young*
        Christopher A. Young, #34207
        CYLG, P.C.
        1750 N. High Street
        Denver, Colorado 80218
        Telephone: (303) 333-1252
        cyoung@cylgpc.com

        *Attorneys for Plaintiff Edward Fleming*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff certifies that counsel for Defendants was served with the preceding document by the Court's ECF filing system on the 12th day of March, 2025, and via Federal Express as follows:

Eric Strobel
Robert Harper
Baker Law Group
1290 Broadway, Unit 500
Denver, Colorado 80203
303.747.4722

                                          */s/ Sherrie Shinkle*
                                          Sherrie Shinkle